**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mohammad Alqet,<br>    Petitioner,<br>    v.<br>Michael B. Mukasey, et al.,<br>    Respondents. | CV 08-0552-PHX-PGR (BPV)<br>**REPORT AND RECOMMENDATION** |

On March 19, 2008, Mohammad Alqet filed a Petition for Writ of Habeas Corpus pursuant to Title 28, United States Code, Section 2241. Petitioner argues that he is entitled to immediate release from custody because his detention with no prospect that his removal will be effected in the reasonably foreseeable future is not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001). On June 25, 2008, the Respondents filed a "Suggestion of Mootness" (Doc. No. 10), notifying the Court that Petitioner was issued with an executed Warrant of Removal/Deportation on or about June 6, 2008. (See Doc. No. 10, Ex. 1, "I-205, Warrant of Removal/Deportation.") Respondents argue the case is now moot. Accordingly,

On June 30, 2008, this court gave Petitioner until July 18, 2008, to show good cause why this case should not be dismissed as moot. (Doc. No. 12) The court specifically warned Petitioner that the case may be dismissed without further notice if he failed to respond. He did not respond. (Id.) A review of the docket indicates that the order was returned as undeliverable. (Doc. No. 14)

DATED this 21st day of July, 2008.

_____
Bernardo P. Velasco
United States Magistrate Judge