**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammad Alget, ) | |
| ) | |
| Petitioner, ) | CV 08-0552-PHX-PGR (BPV) |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Michael Mukasey, et al., ) | |
| ) | |
| Respondents. ) | |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Velasco and no party having filed any objection to the Report and Recommendation,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 16)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DISMISSED** as **MOOT**.[1]

DATED this 22nd day of October, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1]  On June 30, 2008, Magistrate Judge Velasco gave Petitioner until July 18, 2008, to show good cause why this case should not be dismissed as moot. The Court specifically warned Petitioner that the case may be dismissed without further notice if he failed to respond. He did not respond.